UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LIONEL COMBS, III

    Defendant.

Case No. 3:19-cr-171-3

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

### ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 218)

---

This criminal case is before the Court on the report and recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Lionel Combs, III's guilty plea.  Doc. No. 218.  There being no objections, the Court **ADOPTS** the report and recommendation in full.  The Court accepts Defendant's plea of guilty to count 5 of the superseding indictment currently pending against him and finds him guilty as charged of maintaining a drug premises, in violation of Title 21 U.S.C. § 856(a)(2).  *See* Doc. No. 218.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

   March 13, 2024                                s/Michael J. Newman
                                                                 Hon. Michael J. Newman
                                                                 United States District