UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,                            Case No. 3:19-cr-171-3

vs.

LIONEL COMBS, III,                   District Judge Michael J. Newman

      Defendant.

---

**ORDER: (1) REQUIRING COUNSEL TO MEET AND CONFER TO SELECT THE DATE FOR DEFENDANT'S SENTENCING HEARING ON EITHER DECEMBER 6, 2024 AT 10:00 A.M. OR DECEMBER 16, 2024 AT 10:00 A.M.; (2) REQUIRING COUNSEL TO FILE, BY NOVEMBER 29, 2024, A JOINT NOTICE INDICATING: (1) THE DATE THEY SELECT (DECEMBER 6 OR 16, 2024) FOR DEFENDANT'S SENTENCING HEARING; AND (2) AN ESTIMATE OF HOW MUCH TIME THEY WILL NEED FOR THE HEARING**

---

In light of the Court's large criminal docket and the resulting congestion of the Court's calendar, and due to the challenges in finalizing the date for a sentencing hearing in any given case, the Court hereby **ORDERS** counsel for the Government and Defendant to meet and confer for the purpose of selecting either December 6, 2024 at 10:00 a.m. or December 16, 2024 at 10:00 a.m. for Defendant's sentencing hearing.  In addition, counsel shall **FILE** a joint notice, by November 29, 2024, indicating: (1) the date they select (December 6 or 16, 2024) for Defendant's sentencing hearing; and (2) an estimate of how much time they will need for the hearing.

      **IT IS SO ORDERED.**

November 18, 2024                            s/*Michael J. Newman*
                                          Hon. Michael J. Newman
                                          United States District Judge